ORIGINAL

| FORM B1 | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle): BLUTRICH, MICHAEL D. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): ▮▮▮-6135 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code) 330 East 38th Street, Apt. #56E New York, New York 10017 | Street Address of Joint Debtor (No. & St., City, State & Zip Code) |
| County of Residence or of the Principal Place of Business: NEW YORK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): 2552 EAST 7TH STREET, APT. #1G BROOKLYN, NEW YORK 11235 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304- Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. ' 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. ' 1121(e)(Optional)

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3.

**Statistical/Administrative Information** (estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☒ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☒ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530

U.S. BANKRUPTCY COURT S.D. OF N.Y. FILED 2005 SEP 22 P 4: 50

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case.) | , Michael D. Blutrich. | |

| Prior Bankruptcy Case Filed Within the last 6 Years (if more than one, attach additional sheet.) | | |
|---|---|---|
| Location | Case Number: | Date Filed: |
| Where filed: Not Applicable | | |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
, Debtor

X _____
, Joint Debtor

Telephone Number (If not represented by attorney)
_____

9-12-05
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Print below: Attorney Name, Firm, Address, Telephone No:
Van Brown, Esq.
Law Offices of Van Brown
26 Broadway- Suite 2100
New York,NY 10004
Tel : (212) 742-0002
Fax: (212)742-0025

9/20/05
_____
Date

#### Exhibit A
(To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
[] Exhibit A is attached and made a part of this petition.

#### Exhibit B
(To be completed if the Debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

X _____ 9/20/05
, Attorney for Debtor(s)    Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Name and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. '110; 18 U.S.C. '156.

[Publisher's Note: This form is NOT intended to be used by nonattorney bankruptcy-petition preparers: Schedules do not contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re, MICHAEL D. BLUTRICH
    Debtor(s)

Case No:

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | 1 | 0.00 | | |
| B — Personal Property | Yes | 1 | $1000.00 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E — Creditors Holding Unsecured Priority Claims | Yes | 1 | | $82,035,941.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $1,692,465..00 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 (pr/mo.) |
| J — Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 (pr/mo.) |
| Total number of sheets in all Schedules ➤ | | | | | |
| Total Assets ➤ | | | $1000.00 | | |
| Total Liabilities ➤ | | | | $83,728,406.00 | |

In re: MICHAEL D. BLUTRICH,        Debtor(s)   Case No:

## SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY NONE | HUSB WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE NOT APPLICABLE | | | 0.00 | 0.00 |
| | | | 0.00 | TOTAL 0.00 |

In re: MICHAEL D. BLUTRICH,          Debtor(s) Case No:

## SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY<br><br>Col A | NONE<br><br>Col B | DESCRIPTION AND LOCATION OF PROPERTY<br><br>Col. C | HUSB.<br>WIFE<br>JOINT<br>COMM.<br><br>Col D | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION<br>(Col E) | |
|---|---|---|---|---|---|
| 1. Cash on hand. | 1b. | 1c None | 1d. | 1e | None |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | 2b. | 2c. None | 2d. | 2e | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | 3b.<br>X | 3c. N/A | 3d. | 3e | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 4b. | 4c. Misc. Household Goods, Furnishings, Electronics | 4d. | 4e | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 5b. | 5c. N/A | | 5e | |
| 6. Wearing apparel. | 6b. | 6c. N/A | 6d. | 6e | |
| 7. Furs and jewelry. | 7b. | 7c. N/A | | 7e | |
| 8. Firearms and sports, photographic, and other hobby equipment. | 8b.<br>X | 8c. N/A | 8d. | 8e | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | 9b.<br>X | 9c. N/A | 9d. | 9e | |
| 10. Annuities. Itemize and name each issuer. | 10b.<br>X | 10c. N/A | 10d. | 10e | |

| | | | | |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | 11b. X | 11c. N/A | 11d. | 11e |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | 12b. X | 12c. N/A | 12d. | 12e |
| 13. Interests in partnerships or joint ventures. Itemize. | 13b. X | 13c. N/A | 13d. | 13e |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | 14b. X | 14c. N/A | 14d. | 14e |
| 15. Accounts receivable. | 15b. X | 15c. N/A | 15d. | 15e |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | 16b. X | 16c. N/A | 16d. | 16e |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | 17b. X | 17c. N/A | 17d. | 17e |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | 18b. X | 18c. N/A | 18d. | 18e |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | 19b. X | 19c. N/A | 19d. | 19e |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | 20b. X | 20c. N/A | 20d. | 20e |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | 21b. X | 21c. N/A | 21d. | 21e |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | 22b. X | 22c. N/A | 22d. | 22e |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 23b. X | 23c. N/A | 23d. | 23e |
| 24. Boats, motors, and accessories. | 24b. X | 24c. N/A | 24d. | 24e |
| 25. Aircraft and accessories. | 25b. X | 25c. N/A | 25d. | 25e |
| 26. Office equipment, furnishings, and supplies. | 26b. | 26c. N/A | 26d. | 26e |
| 27. Machinery, fixtures, equipment, and supplies used in business. | 27b. X | 27c. N/A | 27d. | 27e |
| 28. Inventory. | 28b. | 28c. N/A | 28d. | 28e |

| | | | | |
|---|---|---|---|---|
| 29. Animals. | X<br>29b. | 29c. N/A | 29d. | 29e |
| 30. Crops— growing or harvested.<br>give particulars. | X<br>30b. | 30c. N/A | 30d. | 30e |
| 31. Farming equipment and<br>implements. | X<br>31b. | 31c. N/A | 31d. | 31e |
| 32. Farm supplies, chemicals, and<br>feed. | X<br>32b. | 32c. N/A | 32d. | 32e |
| 33. Other personal property of any<br>kind not already listed.  Itemize. | X<br>33b. | 33c. | 33d. | 33e |

0  continuation sheets attached     Total     $     $1,000.00

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

### SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ]  11 U.S.C. §522(b)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states.*
[ X ]  11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of:  NEW YORK

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| HOMESTEAD EXEMPTION:  NONE | | | |
| INSURANCE:  NONE | | | |
| PENSIONS:  NONE | | | |
| PUBLIC BENEFITS:  NONE | | | |
| WAGES:  NONE | | | |
| TOOLS OF TRADE:  NONE | | | |
| PERSONAL PROPERTY:  Misc. Household Goods and Furnishings | CPLR 5205(a)(5) | $1,000.00 | $1,000.00 |

In re: MICHAEL D. BLUTRICH,   Debtor(s) Case No:

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: NOT APPLICABLE<br><br>DEBTORS HAS NO CREDITORS HOLDING SECURED CLAIMS TO REPORT ON THIS SHEDULE D | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |

In re:  MICHAEL D. BLUTRICH,            Debtor(s)  Case No

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |

0.00   TOTAL

(Report total also on Summary of Schedules)

## SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule HC Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an X in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case.**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. ' 507(a)(2).

☐    **Wages, salaries, and commissions**

    Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(3).

☐    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(4).

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to a maximum of $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. ' 507(a)(5).

☐    **Deposits by individuals**

    Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. ' 507(a)(6).

☐    **Alimony, Maintenance or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. ' 507(a)(7).

☒    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. ' 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

In re:  MICHAEL D. BLUTRICH,          Debtor(s)  Case No.

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. ' 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | H W J C | Date Claim Was Incurred, and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Acct No: case #96 Civ. 3079,USDC, SDNY<br><br>DONNA LEE H. WILLIAMS-COMMISSIONER, DELAWARE INSURANCE DEPT.<br><br>James J. Black, III<br><br>Black & Gerngpors,<br><br>Attorneys at Law<br><br>1617 John F. Kennedy Blvd., Ste 1575<br><br>Philadelphia, PA 19103<br><br>Acct. No: 97-71-CR-ORL-22B,USDC, MDF1<br><br>UNITED STATES OF AMERICA<br><br>OFFICE OF THE U.S. ATTORNEY-FORFEITURE DIV.<br><br>80 NORTH HUGHEY AVENUE ROOM 310<br><br>ORLANDO, FL 32801 | | | 07/98 | | | | $82,000,000 | $82,000,000 |
| Judgment No: DJ-136476-2000<br>Superior Court of New Jersey<br>STATE OF NEW JERSEY, DIVISION OF TAXATION<br>124 HALSEY STREET<br>NEWARK, NJ 07102 | | | 07/00 | | | | $23,024. | $23,024 |

In re: MICHAEL D. BLUTRICH,         Debtor(s)  Case No

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Judgment No: DJ -225690-2002<br><br>Superior Court of New Jersey<br><br>STATE OF NJ DIVISION OF<br>EMPLOYER ACCTS<br><br>428 EAST STATE STREET<br><br>TRENTON, NJ 08608 | | | 09/02 | | X | | $12,917 | $12,917 |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |
| Acct No: | | | | | | | | |

|  |  |
|---|---|
| 82,035,941.00 | TOTAL |

(Report total also on Summary of Schedules)

In re: MICHAEL D. BLUTRICH,                    Debtor(s) Case No.

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Judgment No: J-294090-1997 Superior Court of New Jersey RESORTS INTERNATIONAL HOTEL, INC. ATLANTIC CITY, NJ EDWARD S. ROSEN, ESQ. ONE PARKER PLAZA FORT LEE, NJ | | | 06/12/97, GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $76,647 |
| Acct No: JUDGMENT #J-522170-1997 SUPERIOR COURT OF NJ TRUMP TAJ MAHAL CASINO RE SORT ATLANTIC CITY, NJ 08401 COOPER,PERSKIE, APRIL, EDELMAN, WAGENHEIM, & LEVENSON, ATTORNEYS AT LAW 1125 ATLANTIC AVENUE ATLANTIC CITY, NJ 08401 | | | 11/13/97, GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $500,000 |
| Acct No: JUDGMT #J-017920-98 SUP CT.-NJ TRUMP CASTLE CASINO RESORT ATLANTIC CITY, NJ 08401 COOPER,PERSKIE, APRIL, | | | 01/20/98, GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $80,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EDELMAN, WAGENHEIM, & LEVENSON, ATTORNEYS AT LAW<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08401 | | | | | | |
| Acct No: JUDGMT #J-021402-98 SUP CT.-NJ<br><br>ATLANTIC CITY SHOWBOAT, INC.<br>801 BOARDWALK<br>ATLANTIC CITY, NJ 08401<br>Philip S. Van Embden, Esq.<br>900 East Pine Street, PO Box 863<br>Millville, NJ 08332-0863 | | 01/22/98, GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $130,464 |
| Acct No: JUDGMT #J287585-97<br>GNOC CORP-THE GRAND<br>ATLANTIC CITY, NJ 08401<br>Edward S. Rosen, Esq.<br>1 Parker Plaza<br>Fort Lee, NJ | | 06/03/97,GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $135,000 |
| Acct No: JUDGMT #J084682-97 SUP CT OF NJ<br>BOARDWALK REGENCY CORP<br>ARKANSAS AVENUE<br>ATLANTIC CITY, NJ 08401<br><br>Robert E. Reilert, Esq.<br>415 N. Douglas Avenue<br>Margate City, NJ 08402 | | 03/07/97, GAMBLING MARKER, NOT SUBJECT TO SETOFF | | | | $180,712 |
| Acct No:<br>DINERS CLUB<br>8430 WEST BRYN MAWR AVE.<br>CHICAGO, IL 60631 | | CREDIT CARD, NOT SUBJECT TO SETOFF | | | | Unk. |
| Acct No: 373737874724004<br>AMERICAN EXPRESS, TRAVEL RELATED SERVS<br>PO BOX 360002<br>FT. LAUDERDALE, FL 33360 | | 12/98, CREDIT CARD, NOT SUBJECT TO SETOFF | | | | $18,929 |
| Acct No: 373022416141003<br>AMERICAN EXPRESS, TRAVEL RELATED SERVS | | 12/98 CREDIT CARD, NOT SUBJECT TO SETOFF | | | | $4,060 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PO BOX 360002<br>FT. LAUDERDALE, FL 33360 | | | | | | | |
| Acct No: 1864556731<br>AMERICAN EXPRESS, TRAVEL RELATED SERVS<br>PO BOX 360002<br><br>FT. LAUDERDALE, FL 33360 | | | 1998, CREDIT CARD, NOT SUBJECT TO SETOFF | | | | $20,832 |
| Acct No: 1385218738<br>AMERICAN EXPRESS, TRAVEL RELATED SERVS<br>PO BOX 360002<br><br>FT. LAUDERDALE, FL 33360 | | | 12/98, CREDIT CARD, NOT SUBJECT TO SETOFF | | | | $40,959 |
| Acct No: T0050054943332<br>SUNOCO, INC.<br>TEN PENN CENTER<br>1801 MARKET STREET<br>PHIL, PA 19103 | | | 12/98, CREDIT CARD, NOT SUBJECT TO SETOFF | | | | $313 |
| Acct No: 8921884717<br>MOBIL<br>5959 LAS COLINAS BLVD.<br>IRVIN, TX 75039 | | | 06/98, CREDIT CARD, NOT SUBJECT TO SET-OFF | | | | $656 |
| Acct No: 74990027038564 &<br>6011002192004794<br>NORTH AMERICAN CAPITAL CORP<br>NOTHLAND GROUP, INC.<br>P.O. BOX 390846<br>EDINA, MN 55439 | | | 06/97, CREDIT CARD, NOT SUBJECT TO SET-OFF | | | | $4,929 |
| Acct No: 4262770102014650<br>CHASE MANHATTAN<br>National Asset Management, Inc. O/B/O<br>Chase Manhattan<br>PO Box 724747<br>Atlanta, GA 31139 | | | 06/97, CREDIT CARD, NOT SUBJECT TO SET-OFF | | | | $8,262 |
| Acct No: 542418001891322<br>NCO Financial Systems, Inc. Assignee<br>CITIBANK<br>P.O. BOX 13561<br>Philadelphia, PA 19101 | | | 06/98 CREDIT CARD, NOT SUBJECT TO SET-OFF | | | | $4075 |
| Acct No: 5410654113749516 | | | 06/98 CREDIT CARD, NOT | | | | $4062 |

| | | | | | |
|---|---|---|---|---|---|
| CITIBANK (SO DAKOTA) NA<br>100 CITIBANK DRIVE<br>P.O. BOX 769004<br>SAN ANTONIO, TX 78245 | | SUBJECT TO SET-OFF | | | |
| Acct No: Y440000085430009<br>CITIBANK (SO DAKOTA) NA<br>100 CITIBANK DRIVE<br>P.O. BOX 769004<br>SAN ANTONIO, TX 78245 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $18,361 |
| Acct No: 3941221532<br>CITIBANK (SO DAKOTA) NA<br>100 CITIBANK DRIVE<br>P.O. BOX 769004<br>SAN ANTONIO, TX 78245 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $6111 |
| Acct No: 6011002192004794<br>NCO FINANCIAL SYSTEMS, INC.<br>ASSIGNEE OF<br>DISCOVER FINANCIAL SERVS<br>P.O. BOX 13561<br>PHILA, PA 19101 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $4540 |
| Acct No: 7559265<br>NCO FINANCIAL SYSTEMS, INC.<br>ASSIGNEE OF<br>CHASE BANK<br>P.O. BOX 13561, DEPT. 22<br>PHILA, PA 19101 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $6770 |
| Acct No: 7671051020220048<br>NCO FINANCIAL SYSTEMS, INC.<br>ASSIGNEE OF<br>CHASE BANK<br>P.O. BOX 13561, DEPT. 22<br>PHILA, PA 19101 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $3088 |
| Acct No:5422423002930850<br>NCO FINANCIAL SYSTEMS, INC.<br>ASSIGNEE OF<br>CHASE BANK<br>P.O. BOX 13561, DEPT. 22<br>PHILA, PA 19101 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $1867 |
| Acct No:166866-2<br>DATA RETRIVAL SYSTEMS<br>ASSIGNEE OF<br>CHASE MANHATTAN BANK<br>116 JOHN STREET, 15TH FLOOR<br>NEW YORK, NY 10038 | | 06/98 CREDIT CARD, NOT<br>SUBJECT TO SET-OFF | | | $17,286 |

| | | | | | |
|---|---|---|---|---|---|
| Acct. No. 5329031554351518<br>NCO FINANCIAL SYSTEMS, INC.<br>O/B/O MBNA BANK<br>PO BOX 7627<br>FT. WASHINGTON, PA 19034 | | 1996-98 | | | 54,174 |
| Acct. No: 5401261999215460<br>DATA RETRIEVAL SYSTEMS<br>O/B/O MBNA BANK<br>116 JOHN STREET 15TH FLOOR<br>NEW YORK, NY 10038 | | 1996-98 | | | $18,419 |
| Acct. No: 166866-1<br>DATA RETRIEVAL SYSTEMS<br>O/B/O MBNA BANK<br>116 JOHN STREET 15TH FLOOR<br>NEW YORK, NY 10038 | | 1997-98 | | | $8467 |
| Acct No.: 4990027038564<br>NCO FINANCIAL SYSTEMS, INC.<br>O/B/O MBNA BANK<br>PO BOX 13561 DEPT. #22<br>PHIL, PA 19101 | | 1997-98 | | | $388 |
| Acct. No.: 0003124038<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 13561 DEPT. #22<br>PHIL, PA 19101 | | 1996-98 | | | $3024 |
| Acct. No.: Unk<br>BMW FINANCIAL SERVICES<br>300 CHESTNUT RIDGE ROAD<br>WOODCLIFF LAKE , NJ 07677 | | 1997-98 | | | $29,787 |
| Acct. No: 060350681<br>CREDT COLLECTION SERVICES<br>O/B/O ALLSTATE INSURANCE CO.<br>2 WELLS AVENUE<br>NEWTON, MA 02459 | | 1996-98 | | | $249 |
| Acct. No: 085337459<br>EUROPEAN AMERICAN BANK<br>1 EAB PLAZA<br>NEW YORK, NY 11787 | | 1998 BANK LOAN | | | $20,366 |
| Acct. No.: 7509839 | | 1998 BANK LOAN | | | $13,549 |

| | | |
|---|---|---|
| EUROPEAN AMERICAN BANK<br>1 EAB PLAZA<br>NEW YORK, NY 11787 | | |
| Acct. No.: 11-4685850<br>EUROPEAN AMERICAN BANK<br>1 EAB PLAZA<br>NEW YORK, NY 11787 | 12/97 BANK LOAN | $184,646 |
| Acct. No.: 11-4622900-7<br>EUROPEAN AMERICAN BANK<br>1 EAB PLAZA<br>NEW YORK, NY 11787 | 1996 BANK LOAN | $90,000 |
| Acct. No: 000142286<br>ROUNDTREE ASSOC. INC. O/B/O<br>BELL ATLANTIC MOBILE<br>P.O. BOX 3330<br>PLYMOUTH, MA 02361-3330 | 1997-98 | $722 |
| Acct. No.: 4583951<br>COLLECTION COMPANY OF<br>AMERICA O/B/O BELL ATLANTIC<br>MOBILE P.O. BOX 329<br>306 WASHINGTON STREET<br>NORWELL, MA 02061 | 1997-98 | $335 |
| Acct. No.: Unk<br>MALEN & ASSOCIATES O/B/O<br>JULIUS BLUMBERG, INC.<br>123 FROST STREET<br>WESTBURY, NY 11590 | 07/98 | $416 |
| Acct. No.: Unk<br>ROBERT J. MILLER, ESQ.<br>C/O REED SMITH, LLP<br>599 LEXINGTON AVENUE 29TH FL.<br>NEW YORK, NY 10022 | 1990-97- Contribution claims<br>from Law Firm, Blutrich,<br>Fallcone, & Miller and its<br>successors in interest | UNK |
| Acct. No.: Unk.<br>STEVEN BROWN, ESQ.<br>C/O REED SMITH, LLP<br>599 LEXINGTON AVENUE 29TH FL.<br>NEW YORK, NY 10022 | 1990-97 -Contribution claims<br>from Law Firm, Blutrich,<br>Fallcone, & Miller and its<br>successors in interest | UNK<br><br>UNK |

| | | | | |
|---|---|---|---|---|
| Acct. No.: Unk<br><br>LUCILLE FALCONE, ESQ.<br>386 PARK AVENUE SOUTH<br>NEW YORK, NY 10016<br><br>Acct. No.: Unk<br><br>RICHARD HERMAN, ESQ.<br>300 PARK AVENUE SO. STE #1700<br>NEW YORK, NY 10022 | | 1990-97- Contribution claims from Law Firm, Blutrich, Fallcone, & Miller and its successors in interest<br><br><br>1993-97- Contribution claims from Law Firm, Blutrich, Fallcone, & Miller and its successors in interest | | UNK |
| | | | | $ 1,692,465.00 |

(Report total also on Summary of Schedules)

## SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described.

NOTE: a party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES. | |

### SCHEDULE H— CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse in this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of the case.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| LUCILLE FALCONE, ESQ.<br>386 PARK AVENUE SOUTH<br>NEW YORK, NY 10016 | MALEN & ASSOCIATES O/B/O JULIUS BLUMBERG, INC.<br>123 FROST STREET<br>WESTBURY, NY 11590 |
| RICHARD HERMAN, ESQ.<br>16 DELLWOOD ROAD<br>WHITE PLAINS, NY 11787 | EUROPEAN AMERICAN BANK<br>1 EAB PLAZA<br>NEW YORK, NY 11787 |
| ROBERT MILLER , ESQ.<br>C/O REED SMITH, LLP<br>599 LEXINGTON AVEVNUE, 129TH FLOOR<br>NEW YORK, NY 10022 | |
| STEVEN BROWN, ESQ.<br>C/O REED SMITH, LPP<br>599 LEXINGTON AVENUE, 129TH FLOOR<br>NE W YORK, NY 10022 | |
| RICHARD B. HERMAN, ESQ.<br>300 PARK AVENUE, STE #1700<br>NE W YORK, NY 10022 | |

In re: MICHAEL D. BLUTRICH,
                    Debtor(s)    Case No.

## SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: DIVORCED | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| | Names NONE | Age | Relationship |
| EMPLOYMENT: | Debtor | | Spouse |
| Occupation, Name of Employer: | UNEMPLOYED | | NA |
| How long employed: | N/A | | |
| Address of employer: | N/A | | |

| Income: (Estimate of average monthly income) Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | DEBTOR | SPOUSE |
|---|---|---|
| | 0.00 | 0.00 |
| Estimated monthly overtime | 0.00 | |
| SUBTOTAL | 0.00 | |
| LESS PAYROLL DEDUCTIONS a. Payroll taxes and Social Security | 0.00 | |
| b. Insurance | 0.00 | |
| c. Union dues | 0.00 | |
| d. Other (Specify) | 0.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 0.00 | |
| TOTAL NET MONTHLY TAKE HOME PAY | 0.00 | |
| Regular income from operation of business/profession/farm (attach statement) | 0.00 | |
| Income from real property | 0.00 | |
| Interest and dividends | 0.00 | |
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | 0.00 | |
| Social security or other governmental assistance Specify: | 0.00 | |
| Pension or retirement income | 0.00 | |
| Other monthly income (Specify): | 0.00 | |
| TOTAL MONTHLY INCOME | 0.00 | |

TOTAL COMBINED MONTHLY INCOME        0.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

## SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.
Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| | |
|---|---:|
| Rent, home mortgage, or mobile-home lot rent | |
| Are real estate taxes included? Yes _____ No _X___ | 0.00 |
| Is property insurance included? Yes _____ No _X___ | |
| Utilities  Electricity and heating fuel | 0.00 |
| Water and sewer | 0.00 |
| Telephone | 0.00 |
| Other utilities:  CABLE TV | 0.00 |
| Home Maintenance, repairs, upkeep | 0.00 |
| Food | 0.00 |
| Clothing | 0.00 |
| Laundry, dry cleaning | 0.00 |
| Medical and dental expenses | 0.00 |
| Transportation (not including car payments) | 0.00 |
| Recreation, clubs, entertainment, newspapers, magazines | 0.00 |
| Charitable contributions | 0.00 |
| Insurance (not deducted from wages or inc. in mortgage pmt)    Homeowner's or renter's | 0.00 |
| Life | 0.00 |
| Health | 0.00 |
| Auto | 0.00 |
| Other insurance: | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) Specify: | 0.00 |
| Installment payments (in Chapters 12 and 13, do not list  payments to be included in the plan) | 0.00 |
| Auto payment: | 0.00 |
| Other payment: | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 |
| Payments for support of additional dependents not living at the debtor's home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other expenses: | 0.00 |
| TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | 0.00 |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 45 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date 9/17/05          Signature _____

                                    MICHAEL D. BLUTRICH

Date _____          Signature _____

                        (In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _____          _____
                                    Signature

                        _____
                        (Print or type the name of individual signing for debtor)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: MICHAEL D. BLUTRICH,            Debtor(s)            Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 19-25. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### Definitions

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT              SOURCE (if more than one)

2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

AMOUNT              SOURCE

3. Payments to creditors:  NONE

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NOT APPLICABLE | | | |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NOT APPLICABLE | | | |

4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| NOT APPLICABLE | | | |

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NOT APPLICABLE | | |

5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NOT APPLICABLE | | |

6. Assignments and receiverships

   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| NOT APPLICABLE | | |

   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
|---|---|---|---|
| NOT APPLICABLE | | | |

7. Gifts

   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| NONE | | | |

8. Losses

   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| NONE | | |

9. Payments related to debt counseling or bankruptcy

   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Van Brown, Esq.  26 Broadway- Suite 2100  New York, NY 10004 | 07/27/05 SHERI ROTHCHILD O/B/O  MICHAEL D. BLUTRICH | $1,500.00 |

10. Other transfers

　　　List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| NONE | | |

11. Closed financial accounts

　　　List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT; AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| NONE | | |

12. Safe deposit boxes

　　　List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| NONE | | | |

13. Setoffs

　　　List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| NONE | | |

14. Property held for another person

　　　List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| NONE | | |

15. Prior address of debtor   PETITIONER HAS BEEN AN INCARCERATED PARTICIPANT IN THE FEDERAL WITNESS SECURITY PROGRAM ("WITSEC") SINCE AUGUST OF 1998.  PETITIONER'S DOMICILE REMAINS IN THE SOUTHERN DISTRICT AS A MATTER OF LAW.

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 330 EAST 38TH STREET, #56E | MICHAEL D. BLUTRICH | 1/93-1/98 |
| NEW YORK, NY 10017 | | |

16. Spouses and Former Spouses

If the debtor resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

N/A

17. Environmental Information

For the purposes of this question, the following definitions apply:

An "Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or materials into the air, land, soil, surface water, groundwater, or other medium, including but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

A "Site" means any location, facility, or property as defined by any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

A "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and , if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |
| NONE | | | |

b. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |
| NONE | | | |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NONE | | |

18. Nature, location and name of business

     a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| NONE | | | | |

     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. ' 101.

| NAME | ADDRESS |
|---|---|
| NONE | |

     The following questions [numbers 19 - 25] are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.

     (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

Questions 19 to 25 Not applicable/Omitted.

             * * * * * *

[To be completed by individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 9-12-05

                  MICHAEL D. BLUTRICH

te:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:        MICHAEL D. BLUTRICH
              Debtor(s)                                Case No:

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

      a.  Property to be Surrendered. NONE

          Description of Property                         Creditor's name

      b.  Property to Be Retained.               [Check any applicable statement]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| SEE SHEDULE B | NONE | | | |

Date:  9-12-05

_____
MICHAEL D. BLUTRICH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re          MICHAEL D. BLUTRICH
               Debtor(s)                              Case No:

DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
AND BANKRUPTCY RULE 2016(b)

I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in or in connection with a case under title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:
$ 1,500.00 paid, $_____ to be paid, that the source of the compensation paid was _____, and that the source of the compensation agreed to be paid is _____.

I have not agreed to share this compensation with any other person. (If appropriate) The details of such sharing or agreement to share are as follows (except that no such details are required of any agreement for sharing of the compensation with a member or regular associate of the attorney's law firm):

Date:

                                        _____
                                        Van Brown, Esq.

Law Offices of Van Brown
26 Broadway- Suite 2100
New York,NY 10004
Tel : (212) 742-0002
   Fax: (212)742-0025

                                        Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:       MICHAEL D. BLUTRICH,                    Case No:
             Debtors

APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.      In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee, amounting to $ ⌀ in installments.

2.      I certify that I am unable to pay the filing fee except in installments.

3.      I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with the case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the Filing Fee.*
        $               Check One        [ ]     With the filing of the petition, or
                                         [ ]     On or before:
        $               on or before:    30 days after the filing of the petition
        $               on or before:    60 days after the filing of the petition
        $               on or before:    90 days after the filing of the petition
        * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.      I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____ 9-12-05
MICHAEL D. BLUTRICH, Debtor Date:

(In a joint case, both spouses must sign)


_____
         , Joint Debtor      Date:


_____
Van Brown, Esq.
    Law Offices of Van Brown
    26 Broadway- Suite 2100
    New York,NY 10004
    Tel : (212) 742-0002
    Fax: (212)742-0025, Attorney    Date:
    --------------------------------------------------------
ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

        IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

        IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

                                BY THE COURT

Date: _____

                                _____
                                United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S): MICHAEL D. BLUTRICH** _____ **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

(NOTE: Cases shall be deemed "Related Cases" for purposes of S.D.N.Y. LBR 1073-1 and S.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in i 1 U.S.C. § 101(2); (iv) are general partners In the same partnership; (v) are a partnership and one or more of Its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an Interest in property that was or is included la the property of another estate u odor 11 U.S.C. § 41(a).]

THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

X NO RELATED CASE IS PENDING OR HAS BEEN PEN DING AT ANY TIME.

1. CASE NO.: _____ JUDGE: _____DISTRICT/DIVISION: _____

CASE STILL **PENDING (Y/N):**_          *[If closed(* Date of closing:__

CURRENT STATUS OF RELATED CASE:_____
                                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDIILF "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

_____


2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_          *(If closed)* Date of closing: ---------------

CURRENT STATUS OF RELATED CASE;_____
                                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):*

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS **ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:**

_____

**(OVER)**

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:_____    JUDGE;_____    DISTRICT/DIVISION:_____

CASE STILL PENDING *(Y/N):*_    *)If closed)* Date of closing: _____

CURRENT STATUS OF RELATED CASE:    _____

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):*_    _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:    _____

_____

*NOTE:* Pursuant toll U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file,

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE;

I am admitted to practice in the Southern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case b not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____    _____    *PH - 05*
Signature of Debtor's Attorney    Signature of Pro Se Debtor/Petitioner

                                 *230 E. 38th St #56E*
                                 Mailing Address of Debtor/Petitioner

                                 *N.Y. NY 10017*
                                 City, State/Zip Code

                                 *N/A*
                                 Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the S.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, Including without Imitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any changes in address must be reported to the Court Immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:   MICHAEL D. BLUTRICH,

ss# 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
Chapter 7

                        Debtor(s)       Statement Pursuant to Local Rule 2017-1

--------------------------------------------------------X
I, **VAN BROWN**, an attorney admitted to practice in this court, states:

1. That I am the attorney for the above captioned debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, I rendered that following services to the above named debtor(s):

   A.    CONSULTATION WITH CLIENT(S)                     2.0

   B.    PREPARATION AND REVIEW OF BANKRUPTCY
         PETITION, SCHEDULES, AND STATEMENT OF
         FINANCIAL AFFAIRS.                    2.0

3. That I will also represent the debtor(s) at the first meeting of creditors upon payment of all legal fees to my office, as previously agreed to by the debtor(s) herein.

4. That all services rendered prior to the filing of the petition herein were rendered by this firm.

5. That I do not usually charge an hourly rate for matters of this kind, and my usual rate of compensation for bankruptcy matters of this type is $300.

**VAN BROWN, ESQ.**
ATTORNEY FOR PETITIONER(S)

DATE   9/20/05

Judgment No: J-294090-1997

Superior Court of New Jersey

RESORTS INTERNATIONAL HOTEL, INC.

ATLANTIC CITY, NJ
EDWARD S. ROSEN, ESQ.
ONE PARKER PLAZA
FORT LEE, NJ

---

Acct No: JUDGMENT #J-522170-1997
SUPERIOR COURT OF NJ

TRUMP TAJ MAHAL CASINO RE
SORT ATLANTIC CITY, NJ 08401

COOPER,PERSKIE, APRIL,
EDELMAN, WAGENHEIM, &
LEVENSON,  ATTORNEYS AT LAW
1125 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401

---

Acct No:  JUDGMT #J-017920-98 SUP
CT.-NJ

TRUMP CASTLE CASINO RESORT

ATLANTIC CITY, NJ 08401
COOPER,PERSKIE, APRIL,
EDELMAN, WAGENHEIM, &
LEVENSON,  ATTORNEYS AT LAW

1125 ATLANTIC AVENUE

ATLANTIC CITY, NJ 08401

---

Acct No: JUDGMT #J-021402-98 SUP
CT.-NJ

 ATLANTIC CITY SHOWBOAT, INC.

801 BOARDWALK

ATLANTIC CITY, NJ 08401

Philip S. Van Embden, Esq.

900 East Pine Street, PO Box 863

Millville, NJ 08332-0863

---

Acct No: JUDGMT #J287585-97

GNOC CORP-THE GRAND

ATLANTIC CITY, NJ 08401

Edward S. Rosen, Esq.

1 Parker Plaza

Fort Lee, NJ

Acct No: JUDGMT #J084682-97 SUP
CT OF NJ
BOARDWALK REGENCY CORP
ARKANSAS AVENUE
ATLANTIC CITY, NJ 08401

Robert E. Reilert, Esq.
415 N. Douglas Avenue
Margate City, NJ 08402

Acct No:

DINERS CLUB

8430 WEST BRYN MAWR AVE.

CHICAGO, IL 60631

Acct No: 373737874724004
AMERICAN EXPRESS, TRAVEL
RELATED SERVS

PO BOX 360002

FT. LAUDERDALE, FL 33360

Acct No: 373022416141003
AMERICAN EXPRESS, TRAVEL
RELATED SERVS

PO BOX 360002

FT. LAUDERDALE, FL 33360

Acct No: 1864556731
AMERICAN EXPRESS, TRAVEL
RELATED SERVS

PO BOX 360002

FT. LAUDERDALE, FL 33360

Acct No: 1385218738
AMERICAN EXPRESS, TRAVEL
RELATED SERVS

PO BOX 360002

FT. LAUDERDALE, FL 33360

Acct No: T0050054943332

SUNOCO, INC.

TEN PENN CENTER

1801 MARKET STREET

PHIL, PA 19103

Acct No: 8921884717

MOBIL

5959 LAS COLINAS BLVD.

IRVIN, TX 75039

Acct No: 74990027038564 &
6011002192004794

NORTH AMERICAN CAPITAL CORP

NOTHLAND GROUP, INC.

P.O. BOX 390846

EDINA, MN 55439

Acct No: 4262770102014650

CHASE MANHATTAN

National Asset Management, Inc. O/B/O

Chase Manhattan

PO Box 724747

Atlanta, GA 31139

Acct No: 542418001891322

NCO Financial Systems, Inc. Assignee

CITIBANK

P.O. BOX 13561

Philadelphia, PA 19101

Acct No: 5410654113749516

CITIBANK (SO DAKOTA) NA

100 CITIBANK DRIVE

P.O. BOX 769004

SAN ANTONIO, TX 78245

Acct No: Y440000085430009

CITIBANK (SO DAKOTA) NA

100 CITIBANK DRIVE

P.O. BOX 769004

SAN ANTONIO, TX 78245

Acct No: 3941221532

CITIBANK (SO DAKOTA) NA

100 CITIBANK DRIVE

P.O. BOX 769004

SAN ANTONIO, TX 78245

Acct No: 6011002192004794

NCO FINANCIAL SYSTEMS, INC.
ASSIGNEE OF

DISCOVER FINANCIAL SERVS

P.O. BOX 13561

PHILA, PA 19101

Acct No: 7559265

NCO FINANCIAL SYSTEMS, INC.
ASSIGNEE OF

CHASE BANK

P.O. BOX 13561, DEPT. 22

PHILA, PA 19101

Acct No: 7671051020220048

NCO FINANCIAL SYSTEMS, INC.
ASSIGNEE OF

CHASE BANK

P.O. BOX 13561, DEPT. 22

PHILA, PA 19101

Acct No:5422423002930850

NCO FINANCIAL SYSTEMS, INC.
ASSIGNEE OF

CHASE BANK

P.O. BOX 13561, DEPT. 22

PHILA, PA 19101

Acct No:166866-2

DATA RETRIVAL SYSTEMS
ASSIGNEE OF

CHASE MANHATTAN BANK

116 JOHN STREET, 15TH FLOOR

NEW YORK, NY 10038

Acct No. 5329031554351518

NCO FINANCIAL SYSTEMS, INC.

O/B/O MBNA BANK

PO BOX 7627

FT. WASHINGTON, PA 19034

Acct. No: 5401261999215460

DATA RETRIEVAL SYSTEMS

O/B/O MBNA BANK

116 JOHN STREET 15TH FLOOR

NEW YORK, NY 10038

Acct. No: 166866-1

DATA RETRIEVAL SYSTEMS

O/B/O MBNA BANK

116 JOHN STREET 15TH FLOOR

NEW YORK, NY 10038

Acct No.: 4990027038564

NCO FINANCIAL SYSTEMS, INC.

O/B/O MBNA BANK

PO BOX 13561 DEPT. #22

PHIL, PA 19101

Acct. No.: 0003124038

NCO FINANCIAL SYSTEMS, INC.

PO BOX 13561 DEPT. #22

PHIL, PA 19101

Acct. No.: Unk

BMW FINANCIAL SERVICES

300 CHESTNUT RIDGE ROAD

WOODCLIFF LAKE , NJ 07677

Acct. No: 060350681

CREDT COLLECTION SERVICES
O/B/O ALLSTATE INSURANCE CO.

2 WELLS AVENUE

NEWTON, MA 02459

Acct. No: 085337459

EUROPEAN AMERICAN BANK

1 EAB PLAZA

NEW YORK, NY 11787

Acct. No.: 7509839

EUROPEAN AMERICAN BANK

1 EAB PLAZA

NEW YORK, NY 11787

Acct. No.: 11-4685850

EUROPEAN AMERICAN BANK

1 EAB PLAZA

NEW YORK, NY 11787

---

Acct. No.: 11-4622900-7

EUROPEAN AMERICAN BANK

1 EAB PLAZA

NEW YORK, NY 11787

---

Acct. No: 000142286

ROUNDTREE ASSOC. INC. O/B/O

BELL ATLANTIC MOBILE

P.O. BOX 3330

PLYMOUTH, MA 02361-3330

---

Acct. No.: 4583951

COLLECTION COMPANY OF
AMERICA O/B/O BELL ATLANTIC
MOBILE P.O. BOX 329

306 WASHINGTON STREET

NORWELL, MA 02061

---

Acct. No.: Unk

MALEN & ASSOCIATES O/B/O
JULIUS BLUMBERG, INC.

123 FROST STREET

WESTBURY, NY 11590

---

Acct. No.: Unk

ROBERT J. MILLER, ESQ.

C/O REED SMITH, LLP

599 LEXINGTON AVENUE 29TH FL.

NEW YORK, NY 10022

---

Acct. No.: Unk.

STEVEN BROWN, ESQ.

C/O REED SMITH, LLP

599 LEXINGTON AVENUE 29TH FL.

NEW YORK, NY 10022

---

Acct. No.: Unk

LUCILLE FALCONE, ESQ.

386 PARK AVENUE SOUTH
NEW YORK, NY 10016

Acct. No.: Unk
RICHARD HERMAN, ESQ.
300 PARK AVENUE SO. STE #1700
NEW YORK, NY 10022